NOTE.   *Charles W. Hoyt* v. *John M. Martin* and others.

October 26, 1891.

Appeal by plaintiff from an order of the district court for St. Louis county, *Stearns*, J., presiding, denying a motion for an injunction to restrain the issue of bonds to the amount of $115,000 by the village of West Duluth. The only question made was upon the constitutionality of Laws 1891, *c.* 146, considered in the foregoing opinion.

*Cash & Williams*, for appellant.

*H. H. Phelps*, for respondent.

*By the Court.*   The only question herein involved has been disposed of adversly to this appellant in *McCormick* v. *Village of West Duluth*, (*supra*, p. 272,) just decided,

Order affirmed.